

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00478-CR

Devante Montreal **PARKER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR0348
Honorable Raymond Angelini, Judge Presiding[1]

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE RIOS

In accordance with this court's memorandum opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED October 28, 2020.

_____
Irene Rios, Justice

---

[1]Sitting by assignment.